## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| GLYNIS BETHEL and ORLANDO BETHEL, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-0424 |
| | ) | Judge Trauger |
| THE CITY OF NASHVILLE, Nashville, | ) | |
| Tennessee, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

I hereby recuse myself in this case. The file shall be returned to the Clerk for reassignment to another judge.

It is so **ORDERED.**

ENTER this 16th day of May 2011.

_____
ALETA A. TRAUGER
U.S. District Judge