UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


| GLYNIS BETHEL, et al. | ] | |
| --- | --- | --- |
| Plaintiffs, | ] | |
| | ] | |
| v. | ] | No. 3:11-0424 |
| | ] | Judge Campbell |
| CITY OF NASHVILLE, et al. | ] | |
| Defendants. | ] | |


**O R D E R**

By an order (Docket Entry No.6) entered May 20, 2011, the plaintiffs' application to proceed in forma pauperis (Docket Entry No.2) was denied. They were granted thirty (30) days in which to pay the full filing fee of three hundred fifty dollars ($350).

Rather than pay the filing fee, the plaintiffs have submitted a Motion to Reconsider (Docket Entry No.14) the order denying them pauper status.

The plaintiffs now claim that their application to proceed in forma pauperis is "erroneous". They allege that they are no longer receiving unemployment benefits, that ownership of a home in another state is irrelevant to their ability to pay the filing fee, and that they neglected to include the five hundred sixty dollars ($560) they pay each month for lodging with their expenses.

The Motion to Reconsider is accompanied by three exhibits (Docket Entry No.14-1). The plaintiffs claim that these exhibits

reflect their true current income. The exhibits consist of two unsigned and undated income statements and a log reflecting donations given to the plaintiff, Orlando Bethel, during the period of February 6, 2011 thru May 30, 2011.

According to the exhibits, Orlando Bethel has received one thousand nine hundred ninety five dollars ($1995) in donations since early February. For the month of February, Glynis Bethel received four hundred dollars ($400) in donations. This income, coupled with the plaintiffs' other assets (a home and two motor vehicles), suggest that they have sufficient financial resources from which to pay the fee required to file their complaint.

Accordingly, the plaintiffs' Motion to Reconsider is DENIED. They are reminded that the thirty (30) day period given to them to pay the filing fee remains in effect.

It is so ORDERED.

_____
Todd Campbell
United States District Judge