UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GLYNIS BETHEL and ORLANDO ]<br>BETHEL, INDIVIDUALLY and as ]<br>NEXT FRIENDS OF MINOR CHILDREN ]<br>ZOE BETHEL, KEZIA BETHEL and ]<br>ZION BETHEL ]<br>    Plaintiffs, ]<br>    ]<br>v. ]<br>    ]<br>CITY OF NASHVILLE, et al. ]<br>    Defendants. ] | No. 3:11-0424<br>Judge Campbell |

### O R D E R

On May 20, 2011, an order (Docket Entry No.6) was entered denying the plaintiffs' application (Docket Entry No. 2) to proceed in forma pauperis. The plaintiffs were granted thirty (30) days in which to submit the full fee ($350) required to file their *pro se* complaint (Docket Entry No.1). They were forewarned that, should they fail to comply with these instructions within the specified period of time, the instant action would be dismissed for want of prosecution.

The thirty day period has expired and the plaintiffs have not yet complied with the instructions of the Court by paying the filing fee.

Accordingly, the instant action is hereby DISMISSED for failure to comply with the instructions of the Court and for want

of prosecution. Rule 41(b), Fed. R. Civ. P.

It is so ORDERED.

_____
Todd Campbell
United States District Judge